**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARNETT MAY**                                                                                      **PLAINTIFF**

**V.**                                             **NO. 4:22-cv-00460-BRW-ERE**

**DOES**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of __July__, 2022.


                                                        _____BILLY ROY WILSON_____
                                                        UNITED STATES DISTRICT JUDGE